(https://inbiz.in.gov)



## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | SSI GROUP, LLC | Business ID: | 201702161181225 |
| Entity Type: | Domestic Limited Liability Company | Business Status: | Active |
| Creation Date: | 02/16/2017 | Inactive Date: | |
| Principal Office Address: | 1251 N. Eddy St., Suite 201, South Bend, IN, 46617, USA | Expiration Date: | Perpetual |
| Jurisdiction of Formation: | Indiana | Business Entity Report Due Date: | 02/28/2021 |
| | | Years Due: | |

## Principal Information

| Title | Name | Address |
|---|---|---|
| President | Benjamin Norris | 1251 N. Eddy St., Suite 201, South Bend, IN, 46617, USA |

Page 1 of 1, records 1 to 1 of 1

## Registered Agent Information

Type: **Business Commercial Registered Agent**
Name: **C T CORPORATION SYSTEM**
Address: **334 North Senate Avenue, Indianapolis, IN, 46204, USA**

Back    Filing History    Name History    Assumed Name History
Return to Search                          Certified Copies Request



EXHIBIT A

(https://inbiz.in.gov)



## Assumed Name History

### Business Details

| | |
|---|---|
| Business Name: | **SSI GROUP, LLC** |
| Entity Type: | **Domestic Limited Liability Company** |
| Creation Date: | **02/16/2017** |
| Principal Office Address: | **1251 N. Eddy St., Suite 201, South Bend, IN, 46617, USA** |
| Jurisdiction of Formation: | **Indiana** |

| | |
|---|---|
| Business ID: | **201702161181225** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **02/28/2021** |
| Years Due: | |

### Assumed Name History Details

| Filing Date | Effective Date | Filing Number | Name | Status |
|---|---|---|---|---|
| 02/16/2017 | 02/16/2017 | 0007519722 | RECEIVE | Active |
| 01/10/2018 | 01/10/2018 | 0007802647 | RECEIVE REVENUE RECOVERY | Active |

Page 1 of 1, records 1 to 2 of 2

Back    Return to Search